August 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### NO. 14-15-00980-CR

### EX PARTE WOODROW MILLER

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.